| DIST. | OFF. | DOCKET YR. | DOCKET NUMBER | FILING DATE MO DAY YEAR | P D PTF DEF | $ Nearest $1,000 | JUDGE/ MAG.NO. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 1129 | 4 | 83 | 7124 | 4 20 83 | 3 441 1 | | J 2911 M | 12123 | 83 | 7124-MMP |

### PLAINTIFFS

BELLAMY, AMOS; TOMMY B. WILLIAMS;
WILLIE E. JOHNSON; CHARLIE MAE MILLER;
ESSIE MAE ANDERSON; LILLIE M. JONES;
LESSIE M. JOHNSON; MERY ANN JONES;
ANNIE LEE PIGFORD; SHIRLEY G. CURRY;
VELETA CURRY; E.K. "JACK" SCOTT;
RANDOLPH WOODFAULK; and WALLACE
NESBIT, on behalf of themselves
and all others similarly situated

### DEFENDANTS

TAYOR COUNTY SCHOOL BOARD,
FLORIDA; BUCK McLEOD, Chairman
of the Taylor County School Board;
WENDELL PARKER, Vice-Chairman of
the Taylor County School Board;
Members of the Taylor County School
Board: BILLY RICKETSON, EDWARD
HARVEY and MICHAEL OSTEIN, their
successors and agents in their
official capacities

CONSOLIDATED with TCA 83-7126

Closed 1-18-84

### CAUSE

(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

42 U.S.C. 1971
Voting Rights

### ATTORNEYS

David M. Lipman
Robert E. Weisberg
LIPMAN & WEISBERG
5901 S.W. 74 Street
Suite 304
Miami, FL 33143
305/662-2600

Edwin B. Browning, Jr.
DAVIS, BROWNING & HARDEE
P.O. Drawer 652
901 West Base Street
Madison, FL 32340
904/973-4186

Court Reporters notes In box 91 / 10-5-84

Court Reporters notes In box 85 / 7-18-84

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | |
| | | | | JS-6 | |

| NR. | TCA 83-7124 — PROCEEDINGS | |
|---|---|---|
| 1 | COMPLAINT.....For Injunctive and Other Equitable Relief | g |
| 2 | REQUEST.....For Production of Documents for Inspection or Copying (First Set) | |
| 3 | NOTICE.....of Certificate of Filing of Interrogs, First Set | |
| 4 | CIVIL COVER SHEET..... | |
| | Issued summons and handed to Lipman. | |
| 5 | MOTION.....to Dismiss by defdts. | g |
| 6 | MEMO.....in support of #5 | |
| 7 | MOTION.....Pltf's, for Enlargement of Time in Which to Respond to Defdts' Motion to Dismiss until 6/2/83 - Ref. to MMP | g |
| 8 | ORDER.....(MMP) Doc. #7 is GRANTED.  cc: mailed to Lipman & Browning | g |
| 9 | RESPONSE.....pl. to def. motion to dismiss ref. MMP | |
| 10 | MEMORANDUM.....pl. in reply to def. motion to dismiss ref. MMP | a |
| 11 | ORDER.....MMP cc: Lipman & Browning ORDER..(MP) Doc. #5 DENIED.  cc: counsel | |
| | ORDER OF CONSOLIDATION with TCA 83=7124 | |
| 12 | ANSWER.....Defdt's, to Complaint for Injunctive Relief and Other Equitable Relief | |
| 13 | ORDER.....Setting Completion of Discovery from 11/3/83  cc: mailed to Lipman & Browning | |
| 14 | RESPONSE.....to request for admissions of fact (first set) by defdt's | bs |
| 15 | MOTION.....Pltfs', for Certification of Class Action | g |
| 16 | MEMO.....Pltfs', of Authority in Support of #15 | |
| | Ref. #15 and 16 to MMP. | g |
| 17 | RESPONSE.....to Request for Production of Documents by defdts. | g |
| 18 | RESPONSE.....to Request for Admissions of Fact (Second Set) | g |
| 19 | REQUEST.....Pltfs', for Admission of Fact (Third Set) | g |
| 20 | MOTION.....Pltfs'. for extension of time to complete discovery for an additional 60 days. | sw |
| 21 | REQUEST.....Pltfs', for Admission of Fact (Fourth Set) | g |
| 22 | NOTICE....setting oral argument on motion to dismiss 11/2/83, 3:00 p.m., Talla.  cc: Lipman, Browning | td |
| | Oral argument on motion to dismiss scheduled for 11/2/83 is cancelled. Called Lipman and Browning to notify. | g |
| 23 | ORDER.....(MMP) 1. Pltf's motion for extension of discovery is GRANTED. 2. Pltf's have up to and including 1/2/84 to complete discovery.  cc: mailed to Lipman and Browning | |
| 24 | RESPONSE.....to Pltfs' Request for Admissions of Fact (3rd Set) | g |
| 25 | RESPONSE.....to Pltfs' Request for Admissions of Fact (4th Set) | |
| 26 | NOTICE.....setting Fairness Hgr. 12/5/83, 10:30 a.m., Perry, FL cc: Lipman, Browning | td |
| 27 | AMENDED RESPONSE....to Request for Admissions of Fact (First Set) by defdts. | g |
| 28 | NOTICE.....of Deposition of Michael Ostein on 12/5/83 | g |
| 29 | NOTICE.....of Deposition of Buck McLeod on 12/5/83 | |
| 30 | NOTICE.....of Deposition of Wendell Parker on 12/5/83 | |
| 31 | NOTICE.....of Deposition of Edward Harvey on 12/5/83 | |
| 32 | NOTICE.....of Deposition of Billy Ricketson on 12/5/83 | |
| 33 | REQUEST.....Pltfs'. for admissions of fact (fifth Set) | sw |
| | Ref. to MMP | td |

CIVIL DOCKET CONTINUATION SHEET — TCA 83-7124

PLAINTIFF: BELLAMY
DEFENDANT: TAYLOR CO. SCHOOL BD.
DOCKET NO. _____
PAGE ___ OF ___ PAGES

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 984 | | |
| /21 | 34 | ORDER.......(MMP) for Pre-trial Conference and Setting Trial PT set 3/29/84, 8:30 a.m., Talla. PT papers due 3/22/84. cc: Lipman, Browning |
| /16 | 35 | JOINT MOTION.....Parties, to Inform Court of Settlement and to Cancel Scheduled Pre-trial Proceedings - Ref. to MMP |
| /23 | 36 | ORDER.....(MMP) Cancelling PT Activities, court notified case settled   copies mailed to Lipman, Browning |
| /14 | 37 | NOTICE..........setting Fairness Hgr. 7/18/84, 1:15 pm, Talla. cc: Lipman, Browning |
| /22 | 38 | JOINT MOTION.....for Entry of Final Judgment - Ref. to MMP |
| /18 | 39 | MINUTES.....of Fairness Hearing held 7/18/84. Final Judgment signed without objection. |
| | 40 | FINAL JUDGMENT.....cc: handed to counsel by Teresa  JS-6  C.O.B.#32  pp. 282-285 |
| /30 | 41 | MOTION....of Plntf. for an Award of Attorney Fees and Reimbursment of Litigation Expenses. |
| | 42 | MEMORANDUM....of Plntf. of Points and Authorities in Support of Motion for an Award of Attorneys Fees and Reimbursement of Litigation Expenses. |
| | 43 | EXHIBITS....In Support of Plntfs Memo. of Points and Authorities in Support of Motion for and Award of Attys Fees... |
| 8/17 | 44 | MOTION.....Defdts', to Extend Time in Which to Respond to Pltfs' Motion for Award of Attys Fees and Reimbursement of Litigation Expenses (for an add. 15 days) - Ref. to MMP |
| /21 | 45 | ORDER.....(MMP) Doc. #44 is GRANTED. cc: mailed to Lipman, and Browning |
| /6 | 46 | MOTION.....Defdts', for Oral Argument and Evidentiary Hearing on Question of Attys Fees - Ref. to MMP |
| | 47 | RESPONSE.....Defdts', to Pltfs' Request for Attys Fees and Litigation Expenses - Ref. to MMP |
| | 48 | MEMO.....Defdts', in Support of Objection to Pltfs' Motion for Attys Fees and Defdts' Request for Evidentiary Hearing - Ref. to MMP |
| /14 | 49 | NOTICE.....setting hgr. on mo. for atty fees 10/5/84, 8:30 am Talla. cc: Lipman, Browning |
| 9/19 | 50 | REPLY.....Pltfs', to Defdts' Response to Pltfs' Request for Attys Fees and Litigation Expenses - Ref. to MMP |
| | 51 | RESPONSE.....Pltfs', to Defdts' Motion for an Oral Argument and Evidentiary Hearing on Question of Atty's Fees - Ref. to MMP |
| 10/2 | 52 | PRAECIPE.....for Issuance of Witness Subpoenas for Amos Bellamy and Tommy B. Williams by defdt. Issued witness subpoenas and handed to runner. |

over

DC-111A REV. (1/75)

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| DOCKET CONTINUATION SHEET | | | |
| PLAINTIFF: MOS BELLAMY, et al. | | DEFENDANT: TAYLOR COUNTY SCHOOL BOARD | DOCKET NO. ___  PAGE ___ OF ___ PAGES |

1984

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| '5 | 53 | SUPPLEMENT......Plaintiffs', to and Motion for an Award of Attorney Fees and Reimbursement of Litigation Expenses    Ref. MMP | |
|  | 54 | MINUTES........of Attorney Fee Hearing.  Order to follow. | td |
|  | 55 | RESPONSE.....Pltfs', to and Rejection of Defdts' Offer of Judgment - Ref. to MMP | g |
| '26 | 56 | LETTER.....to MMP from Lipman dated 10/24/84 re: atty fees | |
| 5 | 57 | SUPPLEMENTAL MEMO.....Pltfs' First, in Support of Motion for an Award of Attorney Gees and Reimbursement of Litigation Expenses - Ref. to MMP | g |
| 2 | 58 | ORDER.....(MMP)  Pltf's are entitled to an award of attys fees as follows: David Lipman - $21,900 and Robert Weisberg - $3,845 for a total of $25,745.00 and expenses in the amount of $2,683.43 together with post-judgment int. at the rate of 9.17%.  cc: mailed to Lipman, Weisberg and Browning  C.O.B.#35   pp. 43-47 | g |
| 5 | 59 | MOTION.....Pltf's, to Alter or Amend Court's Order of 3/12/85 Ref. #59 to MMP. | |
| 16 |  |  |  |
| 7 | 60 | ORDER.....(MMP) Pltfs' motion to alter or amend court's order of 3/12/85 (#59) is GRANTED.  Pltfs' are hereby awarded attys' fees and expenses incurred in litigating the issue of the amount of attys fees to be awarded as follows:  The law firm of Lipman and Weisberg are awarded attys fees in the amount of $26,435.00 and expenses in the amount of $3,155.46 together with post-judgment int. of 9.17%.  cc: mailed to Lipman, Weisberg and Browning C.O.B.#35   pp. 369-370 | g |

DC-111A REV. (1/75)