# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

AMOS BELLAMY, *et al.*,

    *Plaintiffs,*

v.

TAYLOR COUNTY
SCHOOL BOARD, *et al.*,

    *Defendants.*

_____/

Case No. 4:83-cv-7124

## NOTICE OF APPEARANCE

With the consent of class counsel David M. Lipman and Class Representatives Shirley Scott (previously Curry), Veleta Roberson (née Curry), Lessie M. Gent (née Johnson), and Tommy B. Williams, the undersigned attorney, Nicholas Warren, enters his appearance in this matter on behalf of the Plaintiff Class.

Respectfully submitted April 10, 2024,

/s/ *Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida, Inc**.
1809 Art Museum Dr., Suite 203
Jacksonville, FL 32207
(786) 363-1769
nwarren@aclufl.org

*Counsel for Plaintiff Class*

1

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on Defendants by emailing a copy to Defendants' counsel Angela M. Ball at angela@angelaballpa.com, which method of service she consented to in writing, on April 10, 2024. I certify that I have served a copy of the foregoing on Plaintiff Mery Ann Jones by mailing a copy to her residential address at 1201 North Avenue, Perry, FL 32348, on April 10, 2024.

                            */s/ Nicholas L.V. Warren*
                            Nicholas Warren (FBN 1019018)