**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

AMOS BELLAMY, *et al.*,

     *Plaintiffs,*

v.

TAYLOR COUNTY
SCHOOL BOARD, *et al.*,

     *Defendants.*

_____/

Case No. 4:83-cv-7124

## LOCAL RULE 5.6 NOTICE OF PRIOR OR SIMILAR CASE

Pursuant to Local Rule 5.6, Plaintiffs give notice of *Bellamy v. Taylor County*, No. 4:83-cv-7126-RH-MAF, a case in this District that includes a similar claim between some or all of the same or related parties.

By order of this Court, the two cases (4:83-cv-7124 and -7126) were consolidated on July 14, 1983. A copy of the Order of Consolidation is attached.

Respectfully submitted April 10, 2024,

 /s/ *Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida, Inc**.
1809 Art Museum Dr., Suite 203
Jacksonville, FL 32207
(786) 363-1769
nwarren@aclufl.org

*Counsel for Plaintiff Class*

1

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the foregoing on Defendants by emailing

a copy to Defendants' counsel Angela M. Ball at angela@angelaballpa.com, which

method of service she consented to in writing, on April 10, 2024. I certify that I have

served a copy of the foregoing on Plaintiff Mery Ann Jones by mailing a copy to her

residential address at 1201 North Avenue, Perry, FL 32348, on April 10, 2024.

/s/ Nicholas L.V. Warren
Nicholas Warren (FBN 1019018)