IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AMOS BELLAMY, et al.,

    Plaintiffs,

vs                               CASE NO.  TCA 83-7124

TAYLOR COUNTY SCHOOL BOARD,
et al.,

    Defendants.

- - - - - - - - - - - - - - - -

AMOS BELLAMY, et al.,

    Plaintiffs,

vs                               CASE NO.  TCA 83-7126

TAYLOR COUNTY, FLORIDA, et al.,

    Defendants.

---

## ORDER OF CONSOLIDATION

While none of the parties in the above captioned lawsuits have moved to consolidate these actions, the Court finds that consolidation would be appropriate and in the interest of judicial economy. Sua Sponte, these two actions will be consolidated. <u>Pavilonis v King</u>, 626 F.2d 1075 (1st Cir. 1980).

DONE AND ORDERED in chambers at Tallahassee, Florida this 14th day of July, 1983.

                                            *Maurice M Paul*
                                        United States District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
TALLAHASSEE, FLA.

1983 JUL 14 AM 11:24

FILED