THE UNITED STATES DISTRICT COURT
NORTHERN DIVISION
TALLAHASSEE DIVISION

AMOS BELLAMY, et. al.,

    Plaintiffs

vs.

                      CIVIL ACTION NO.
                      TCA-83-7124-MMP

TAYLOR COUNTY SCHOOL BOARD, et. al.,

    Defendants
_____/

## FINAL JUDGMENT

In April, 1983, the above named Plaintiffs filed their Complaint against the above named Defendants alleging that at-large county-wide voting for members of the Taylor Count School Board excludes black representation and participation and minimizes and cancels out black voting strength in violation of their rights secured by the Voting Rights Act of 1965, as amended, Pub. L. No. 97-205, §3, 96 Stat. 134 (1982), amending 42 U.S.C. §1973, et seq. (hereafter "Voting Rights Act") and in violation of the rights of Plaintiffs and those similarly situated secured by the Fourteenth and Fifteenth Amendment to the Constitution of the United States.


OFFICE OF CLERK
U.S. DISTRICT CT.

JUL 10 PM 1:28



FILED

The Court, having reviewed the status of this action, and being aided by the recommendations of the Plaintiffs' and Defendants' counsel, and being of the opinion that the best interest of all the parties and all the citizens of Taylor County, Florida, would be served by approving the Final Judgment, and the Court having reviewed the Final Judgment tendered by Plaintiffs' and Defendants' counsel, finds that said Judgment was entered into voluntarily by the parties, and that it should be approved.

IT IS THEREFORE, ADJUDGED AND DECREED AS FOLLOWS:

1. This decree extends to all issues set forth in the Complaint in this matter and to the class of Plaintiffs defined as all black residents of Taylor County, Florida.
2. This Court has jurisdiction over the subject matter of this action and the parties thereto.
3. That due to a series of factors including a history of official racial discrimination within Taylor County and the State of Florida and racially polarized voting in elections within Taylor County, the at-large election systems for the Taylor County School Board has had the effect of denying the black citizens of Taylor County an equal opportunity to participate in the political process and elect candidates of their own choice in violation of Plaintiffs' rights under the Voting Rights Act and the Fourteenth and Fifteenth Amendments to the Constitution of the United States.

4. That pursuant to Florida law, Florida Statute §230.08, .10 (1975), the Taylor County School Board has provided for the election of all of its members through at-large elections.

5. Defendants are enjoined from providing county-wide at-large elections in a manner which violates the Voting Rights Act and the Fourteenth and Fifteenth Amendments to the Constitution of the United States.

6. The attached "Election Plan", Appendices 1 through 4, sets forth the mechanism and, plan schedule for the Taylor County School Board, Florida, to conduct future elections for the members of the School Board in accordance with the Voting Rights Act and the Fourteenth and Fifteenth Amendments to the Constitution of the United States.

Therefore, the Court finds that the "Election Plan" as submitted is a proper remedy in this action, and is adopted and incorporated by reference into this Final Judgment as attached. All elections henceforth will proceed on a single district basis; that is, all candidates in future elections must reside in the residence area for which they seek election and only voters in that particular residence area shall cast ballots for the particular candidate running in that area.

7. As the prevailing party in this action, Plaintiffs are entitled, pursuant to the Civil Rights Attorney Fees Awards Act of 1976, 42 U.S.C. §1988, to an award of attorney fees and litigation expense reimbursement.

Plaintiffs shall file with the Court within twenty (20) days from issuance of the Court's Final Judgment appropriate fee/expense submissions and accompanying memoranda as to this

issue. Defendants shall respond within twenty (20) days from Plaintiffs' filing. The Court shall then enter appropriate Order granting Plaintiffs' attorney fees and litigation expenses consistent with the parties' submissions.

8. Upon this Court entering an Order Awarding Attorney's Fees, this litigation is terminated and the action is hereby dismissed.

ORDERED AND ADJUDGED this 18TH day of July, 1984.

*/s/ Maurice M. Paul*

MAURICE M. PAUL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

LIPMAN & WEISBERG
EDWIN B. BROWNING, JR., ESQ.

0180B

IN THE UNITED STATES DISTRICT COURT
NORTHERN DIVISION
TALLAHASSEE DIVISION

AMOS BELLAMY, et. al.,

    Plaintiffs

vs.
                                              CIVIL ACTION NO.
                                              TCA-83-7124-MMP

TAYLOR COUNTY SCHOOL BOARD, et. al.,

    Defendants
_____/

APPENDIX

Table of Contents

1. MAP OF ELECTION RESIDENCE AREAS

2. DEMOGRAPHIC DATA REFLECTING POPULATION AND VOTER REGISTRATION BY RESIDENCE AREA

3. SCHEDULE FOR NEW ELECTIONS

4. LEGAL DESCRIPTION OF ELECTION PLAN

0146B



## APPENDIX 2

## DEMOGRAPHIC DATA REFLECTING POPULATION AND VOTER REGISTRATION BY EACH SCHOOL BOARD RESIDENCE AREA

| Residence Area | Population | | | | Registered Voters | | | |
|---|---|---|---|---|---|---|---|---|
| | Total | White | Black/other | | Total | White | Black/other | |
| I | 3,438 | 2,862 | 549 | 27 | 1,521 | 1,372 | 142 | 7 |
| II | 3,336 | 3,248 | 21 | 67 | 1,276 | 1,261 | 7 | 8 |
| III | 3,121 | 3,011 | 85 | 25 | 1,251 | 1,235 | 14 | 2 |
| IV | 3,229 | 2,688 | 500 | 41 | 1,617 | 1,459 | 153 | 5 |
| V | 3,408 | 1,023 | 2,368 | 17 | 1,134 | 463 | 669 | 2 |
| Totals | 16,532 | 12,832 | 3,523 | 177 | 6,799 | 5,790 | 985 | 24 |

APPENDIX 3

## SCHEDULE FOR NEW ELECTIONS

1. Residence Area No. 1 - this seat will be occupied by Edward C. Harvey, one of the current school board members until November 1986. The current school board member need not reside in the residence area with respect to the present term. Beginning with the election for the four year term beginning in November 1986, all candidates seeking to represent this Residence Area must reside within the area.

2. Residence Area No. 2 - this seat will be occupied by Michael O'Steen, one of the current school board members until November 1986. The current school board member need not reside in the residence area with respect to the present term. Beginning with the election for the four year term beginning in November 1986, all candidates seeking to represent this Residence Area must reside within the area.

3. Residence Area No. 3 - this seat will be occupied by Billy Ricketson, one of the current school board members until November 1984. The current school board member need not reside in the residence area with respect to the present term. Beginning with the election for the four year term beginning in November 1984, all candidates seeking to represent this Residence Area must reside within the area.

4. Residence Area No. 4 - this seat will be occupied by A. L. (Buck) McLeod, one of the current school board members until November 1986. The current school board member need not reside in the residence area with respect to the present term. Beginning with the election for the four year term beginning in November 1986, all candidates seeking to represent this Residence Area must reside within the area.

5. Residence Area No. 5 - this seat will be occupied by Wendell Parker, one of the current school board members until November 1984. The current school board member need not reside in the residence area with respect to the present term. Beginning with the election for the four year term beginning in November 1984, all candidates seeking to represent this Residence Area must reside within the area.

-2-

6. The qualifying period for candidates for election to positions on the School Board which are to be filled in November 1984, which is scheduled for July 16 through July 20, 1984, shall be extended through July 23 through July 30, 1984.

APPENDIX 4

## DESCRIPTION OF SCHOOL BOARD RESIDENCE AREAS and PRECINCTS

A. SCHOOL BOARD RESIDENCE AREA #1

### PRECINCT NO. 12

Beginning at the center of Jefferson Street and Hampton Springs Avenue, thence West along centerline of Hampton Springs Avenue to US 98 W, run Southwest along US 98 W to the West city limits line of Perry, Florida, thence North along city limits boundary to the Northwest corner of city limits, thence East along the North city limits boundary to the centerline of SR 55, thence South along centerline of SR 55 to Jefferson Street, continue South on Jefferson Street to the point of beginning.

### PRECINCT NO. 14

Beginning at the intersection of the North boundary line of the city limits of Perry, Florida and the centerline of Highway 221, run Northwest along said road to the intersection of the centerline of Pisgah Road, thence West along the centerline of Pisgah Road to the Intersection of US 19, thence Northwesterly along centerline of US 19 to the Cabbage Grove Tower Road, thence Westerly and Southwesterly along centerline of said road to the intersection of Highway 98 West, thence West on Highway 98 to the intersection of Mandalay Road, thence Southwesterly on said road to the intersection of Williams Fish Camp Road, thence Southerly on said road to the middle of the Aucilla River, thence Southerly along middle of said river to the Gulf of Mexico, thence

Southeasterly along shoreline of Gulf of Mexico to the middle of Regular Creek, thence Northerly along the middle of Regular Creek to the intersection of Highway 98, thence Southeasterly on said road to the intersection of O'Steen Road, thence North along the centerline of said road to the intersection of Woods Creek Road, thence East along the centerline of said road to the West city limit boundary, thence North along city limit boundary to the Northwest corner of city limits, thence East along city limit boundary to the centerline of the intersection of Highway 221 and the point of beginning.

B. SCHOOL BOARD RESIDENCE AREA #2

PRECINCT NO. 2

Beginning at the intersection of Puckett Road (SR 361-A) and the South boundary line of the city limits of Perry, Florida, thence South along the centerline of Puckett Road to the intersection of Industrial Park Drive, thence East along Northside of centerline of said road to centerline of the intersection of Airport Drive, thence North on Airport Drive to the intersection of Forest Capital Drive, thence East along centerline of said road to the Westside of US 19, thence South along West boundary of US 19 to the intersection of Industrial Park Drive, thence West along Southside of centerline of said road to the intersection of Puckett Road, thence South along centerline of said road to the intersection of Holt Road, thence West along centerline of said road to intersection of Golf Course Road, thence South along centerline of said road to the middle Fenholloway River, thence Westerly and Northwesterly along middle of said river to the intersection of Hampton Springs Road, thence North and Northeasterly along centerline of said road to the intersection of Highway 98, thence Westerly along centerline of said road to the center of Regular Creek, thence Southerly along center of said creek to the Gulf of Mexico, thence Southeasterly along the shoreline of the Gulf of Mexico to the mouth of the Spring Warrior Creek, thence Easterly and Northeasterly along Spring Warrior Creek to the Beach Road (SR 361), thence Northerly along centerline of said road to the centerline of intersection of Potts Still Road, thence Northerly along centerline of Potts Still Road to

the intersection of Walker Road, thence Northeasterly along centerline of Walker Road to the centerline of the intersection of US 19, thence Northerly along the centerline of US 19 to the intersection of Padgett Road (356-A), thence East along centerline of Padgett Road to the Middle of the Seaboard Coastline Railroad, thence Northerly along middle of said railroad to the South boundary of the city limits of Perry, Florida, thence West along said boundary to centerline of Puckett Road (361-A) and the point of beginning.

## PRECINCT NO. 8

Beginning at the center of Jefferson Street and Hampton Springs Avenue, thence East along centerline of Hampton Springs Avenue to US 27 E, run Southeast along US 27 E to the East city limits line of Perry, Florida, thence Southerly along said city limits to the Southeast corner of city limits, thence West along city limit boundary to the centerline of the Puckett Road, thence North along centerline of Puckett Road to Jefferson Street and continue North on Jefferson Street to the point of beginning.

SCHOOL BOARD RESIDENCE AREA #3

PRECINCT NO. 3

Beginning at Hagens Cove and Gulf of Mexico, thence on Hagens Cove Road to SR 361 (Beach Road), thence South and East on 361 to Tennille Turnpike Road, thence North and East along the centerline of Tennille Turnpike to the centerline at the intersection of Salem Tower Road, thence North along said road to centerline at the intersection of Fish Creek Road, thence West along said road to the centerline of CC Grade, thence North along the centerline of said road to the intersection of Calvin Morgan Road, thence West along centerline of said road to the intersection of Jody Morgan Road, thence Southwest along said road to the intersection of Huxford Still Road, thence Northwesterly along centerline of Huxford Still Road to the intersection of SR 361 (Beach Road), thence South along centerline of said road to the Spring Warrior Creek, thence Westerly and Southwesterly along the shoreline of the Gulf of Mexico to Hagens Cove and the point of beginning.

PRECINCT NO. 4

Beginning at Taylor County boundary line of 51, thence South to US 19, North along centerline of said road to Tennille Turnpike Road, thence West along centerline of Tennille Turnpike to the centerline of the intersection of Salem Tower Road, thence North along said road to the centerline of intersection of Fish Creek Road, thence West along said road to the center line of intersection of CC grade, thence North on said road to the centerline of Calvin Morgan Road, thence West to the centerline of the intersection of the Jody Morgan Road, thence Northeasterly on said road to the Hiram Racking Road, thence North along centerline of said road to the intersection of Leroy Morgan Road, then

Southerly and Easterly along centerline of Leroy Morgan Road to the centerline at the intersection of US 19, thence 2.2. miles Northwesterly on said road to the centerline of Airport Road, thence Easterly along centerline of the Taylor County boundary line, thence Southerly along said boundary to the point of beginning.

PRECINCT NO. 5

Beginning at Hagens Cove and Gulf of Mexico, thence East on Hagens Cove Road to SR 361 (Beach Road), thence South and East on SR 361 to Tennille Turnpike Road, thence North and East along centerline of said road to the intersection of US 19, thence South along centerline of said road to the intersection of SR 51, thence Northeast along centerline of said road to the Taylor County boundary line, thence South along said boundary to the Steinhatchee River (South County boundary line), thence Southwest along the middle of said river to the Gulf of Mexico, thence Northwest along the shoreline of the Gulf of Mexico to Hagens Cove and the point of beginning.

PRECINCT NO. 10

Beginning at the intersection of the East boundary of the city limits of Perry, Florida, and the centerline of SR 356 (San Pedro Road), run East and Southeast along the centerline of SR 356 to the centerline of US 27, thence run northeasterly along the centerline of US 27 to the East boundary line of Taylor County, run South along said boundary to the centerline of graded road known as Cooks Hammock Grade, run Northwesterly along said graded road to the intersection of the center line

of 356A(Padgett Road), thence West along centerline of 356A to the centerline of the Seaboard Coastline Railroad, thence Northwest along said railroad to the city limits of Perry, Florida, thence East along city limit boundary to the Southeast corner, thence Northerly along said boundary to the point of beginning.

Commissioner District No. 3.

PRECINCT NO. 11

Beginning at the Taylor County boundary line and the intersection of the Cooks Hammock Road, thence Northwesterly along centerline of Cooks Hammock Road to SR 356 A (Padgett Road), thence West along centerline of SR 356A to the centerline of US 19, thence South along the centerline of US 19 to the Walker Road, thence Southwesterly along the centerline of Walker Road to the centerline of the Potts Still Road, thence Southerly on the Potts Still Road to Huxford Still Road, thence Southerly along centerline of Huxford Still Road to the centerline of Jody Morgan Road, thence East along Jody Morgan Road to the centerline of the Hiram Racking Road, thence Northerly to the Leroy Morgan Road, thence Easterly on said road to the centerline of US 19, thence Northerly along centerline of US 19 2.2. miles to the Airport Road, thence Easterly along the centerline of Airport Road to the Taylor County boundary line, thence North along said boundary to the Cooks Hammock Road and the point of beginning.

SCHOOL BOARD RESIDENCE AREA #4

PRECINCT NO. 1

Beginning at the center of Jefferson Street and Hampton Springs Avenue, thence East along centerline of Hampton Springs Avenue to US 27 E, run Southeast along US 27 E to the East city limits line of Perry, Florida, thence North along said city limits to the Northeast corner of city limits, thence West along city limits boundary to centerline of SR 55, thence South along centerline of SR 55 to Jefferson Street, continue South on Jefferson Street to the point of beginning.

PRECINCT NO. 6

Beginning at the center of the Aucilla River and the centerline of the Williams Fish Camp Road, thence Northerly on said road to the intersection of Mandalay Road, thence Northeasterly along said road to the intersection of Highway 98, thence East along centerline of Highway 98 to the intersection of Cabbage Grove Tower Road, thence Northerly and Northeasterly along the centerline of said road to the intersection of said road and US 19, thence Southeasterly along centerline of US 19 (1.6 miles) to the centerline of said road and O'Quinn Crossing Road, thence Northeast along said road to the 68 Still Road, thence East and Southeast along said road, thence Northeasterly and Northerly along Paul Jeffery Log Road to the Taylor County boundary line, thence North to the Northeast corner of Taylor County, thence West along county boundary to the Northwest corner of county line, thence Southwest along the middle of the Aucilla River to Williams Fish Camp Road and the point of beginning.

## PRECINCT NO. 7

Beginning at the North boundary of the city limits of Perry, Florida, and the centerline of SR 55, thence Northwest along SR 55 to the intersection of Pisgah Road, thence West along the centerline of Pisgah Road to the intersection of US 19, thence Northwesterly along the centerline of US 19 to the intersection of O'Quinn Crossing Road, thence Northeast along said road to the 68 Still Road, thence East and Southeast along said road, then Northeasterly and Northerly along Paul Jeffery Log Road to the Madison County line, thence East following the county line to corner, thence South along county line to the centerline of US 27 East, run Southwest along centerline of US 27 East to the centerline of San Pedro Road (SR 356), run Northwest and West along the centerline of said road to the East boundary of the city limits of Perry, Florida, thence North along city limits boundary to the Northeast corner of city limits, run West along North boundary of city limits to the centerline of SR 55 to the point of beginning.

SCHOOL BOARD RESIDENCE AREA #5

PRECINCT NO. 9

Beginning at the intersection of Woods Creek Road and the West boundary line of the city limits of Perry, Florida, thence South along said boundary line to the Southwest corner of said city limits, thence East along South city limits line to the centerline of Puckett Road, thence South along the centerline of Puckett Road to the intersection of Industrial Park Drive, thence East along Northside of centerline of said road to the centerline of the intersection of Airport Drive, thence North of Airport Drive to the intersection of Forest Capital Drive, thence East along centerline of said road to the West side of US 19, thence South along West boundary of US 19 to the intersection of Industrial Park Drive, thence West along South side of centerline of said road to the intersection of Puckett Road, thence South along centerline of said road to the intersection of Holt Road, thence West along centerline of said road to the intersection of Golf Course Road, thence South along centerline of said road to the middle of Fenholloway River, thence Westerly and Northwesterly along middle of said river to the intersection of Hampton Springs Road, thence North and Northeasterly along centerline of said road to the intersection of Highway 98, thence Northeasterly along centerline of Highway 98 West to the intersection of O'Steen Road, thence North along centerline of said road to the intersection of Woods Creek Road, thence East along centerline of said road to the West city limits line and the point of beginning.

## PRECINCT NO. 13

Beginning at the center of Jefferson Street and Hampton Springs Avenue thence West along centerline of Hampton Springs Avenue at US 98 W, run Southwest along US 98 W to the West city limits line of Perry, Florida, thence South along said city limits to the Southwest corner of city limits, thence East along city limits boundary to the centerline of the Puckett Road, thence North along the centerline of Puckett Road to Jefferson Street and continue North on Jefferson Street to the point of beginning.