TAYLOR COUNTY FLORIDA GARY KNOWLES
Instrument: 240001041  Recorded: 02/28/2024 8:04 AM

OFFICIAL RECORDS: 1 of 6
Book: 893 Page: 21

Recording Fee: $52.50

5.01(1)

**APPROVED**

FEB 0 6 2024

RESOLUTION NO. 2024-- 01

By Taylor County
School Board

A RESOLUTION OF THE SCHOOL BOARD OF TAYLOR COUNTY, FLORIDA SETTING THE BOUNDARIES OF THE DISTRICT SCHOOL BOARD MEMBER RESIDENCE AREAS FOR TAYLOR COUNTY, FLORIDA.

BE IT RESOLVED BY THE SCHOOL BOARD OF TAYLOR COUNTY, FLORIDA, THAT:

1. AUTHORITY. Pursuant to Section 1001.36, Florida Statutes, the School Board (the "SCHOOL BOARD"), of Taylor County (the "COUNTY"), Florida is authorized to make any change that it deems necessary in the boundaries of any district school board member residence area in the COUNTY at any meeting of the SCHOOL BOARD. This resolution is adopted by the SCHOOL BOARD pursuant to Section 1001.36, Florida Statutes and all other applicable authority including, but not limited to, the SCHOOL BOARD's home rule powers provided in Section 1001.32(2), Florida Statutes.

2. FINDINGS. The SCHOOL BOARD finds that:

   A. The district school board member residence areas described herein divide the COUNTY into five district school board member residence areas;

   B. The district school board member residence areas described herein are, as nearly as practicable, equal in population; and,

   C. It is necessary to make the changes to the boundaries of the district school board member residence areas as set out herein.

3. THE DISTRICT SCHOOL BOARD MEMBER RESIDENCE AREAS. The boundaries of the district school board member residence areas for the COUNTY shall hereafter be as follows:

   The boundaries for District I are realigned as follows:

The Point of Beginning being the intersection of W Green Street and N Jefferson Street. From this intersection, proceed in a northerly direction along N Jefferson Street to a point where N Jefferson Street becomes US HWY 221 (SR 55). Continue northwesterly along US HWY 221 (SR 55) to the intersection with Pisgah Road, thence turn west onto and continue along Pisgah Road to the intersection with N US HWY 19 (SR 20). Thence turn northwesterly onto and continue along N US HWY 19 (SR 20) to the intersection with Pleasant Grove Road. From the intersection of N US HWY 19 (SR 20) and Pleasant Grove Road, turn northeasterly onto and continue along Pleasant Grove Road to the intersection

with Alton Wentworth Road (CR 14). From the intersection of Pleasant Grove Road and Alton Wentworth Road, turn southeasterly onto and continue along Alton Wentworth Road (CR 14) to the intersection with Earl Blanton Road. Thence turn northerly onto and continue along Earl Blanton Road to the intersection with Fellowship Road, from the Fellowship Road intersection, turn westerly onto and continue along Fellowship Road to an intersection with the northern boundary of Taylor County also being the Taylor-Madison County boundary. Continue westerly along the Taylor-Madison County boundary to the Taylor-Madison-Jefferson County intersection and the Aucilla River. Thence turn southwesterly and continue along the Aucilla River, being the Taylor-Jefferson County boundary, to its intersection with the Gulf of Mexico and the Taylor County coastline. Thence turn southeasterly and continue along the Taylor County coastline to the intersection with the Fenholloway River. Thence turn northeasterly and continue along the Fenholloway River to its intersection with Peterson Grade and the Peterson Landing Boat Ramp. Thence continue northeasterly along Peterson Grade to the intersection with Hampton Springs Road. Continue northeasterly along Hampton Springs Road to the intersection with US HWY 98 (SR 30). Thence turn northeasterly onto and continue along US HWY 98 (SR 30) to the intersection with the west boundary of the City of Perry municipal limits. Thence turn north and continue along the west boundary of the City of Perry municipal limits to the Woods Creek Road/Julia Street and Miller Road intersection, continue north along Miller Road to the intersection with W Ash Street. Thence turn east onto and continue easterly along W Ash Street to the intersection with N US HWY 19 (SR 20). Thence turn southeasterly onto and continue southeasterly along N US HWY 19 (SR 20) to the intersection with W Green Street. Thence turn east onto and continue along W Green Street back to the intersection with N Jefferson Street being the Point of Beginning.

The boundaries for District II are realigned as follows:

The Point of Beginning being the intersection of S Jefferson Street, W Hampton Springs Ave, and US HWY 27 (SR 20) aka E Hampton Springs Ave. From this intersection, proceed southerly along S Jefferson Street to the intersection with N US HWY 19 (SR 20), S US HWY 19/98 (SR 55) aka S Byron Bulter Parkway and Puckett Road. Thence turn onto and continue southeasterly along S US HWY 19/98 (SR 55) to the intersection with the south boundary of the City of Perry municipal limits. Thence turn west and proceed along the south boundary of the City of Perry Municipal Limits to the intersection with Puckett Road. Thence turn south onto and continue southerly along Puckett Road to the intersection with Holt Road and Carlton Cemetery Road. Thence turn west onto and continue westerly along Holt Road to the intersection with Golf Course Road. Thence turn south onto and continue southerly along Golf Course Road to the intersection with the Fenholloway River. Thence turn west and proceed westerly then northwesterly along the Fenholloway River to its intersection with Hampton Springs Road. From this intersection,

-2-

turn onto and proceed southwesterly along Hampton Springs Road to the intersection with Peterson Grade. Continue southwesterly along Peterson Grade to the Peterson Landing Boat Ramp and the Fenholloway River. Continue southwesterly along the Fenholloway River to its intersection with the Gulf of Mexico and the Taylor County coastline. Thence turn southeasterly and continue along the Taylor County coastline to the intersection with Adams Beach Road. Thence turn northeasterly onto and continue along Adams Beach Rd to the intersection with Beach Rd (CR 361), continue north/northeasterly along Beach Road (CR 361) to the intersection with Neeley Sadler Road and Ellison Gamble Road. Thence turn east onto and continue along Ellison Gamble Road to the intersection with S US HWY 19/98 (SR 55). Thence turn northwesterly onto and continue along S US HWY 19/98 (SR 55) to the intersection with Carlton Cemetery Road and Foley Road (CR 30). Thence turn east onto and continue along Foley Road (CR 30) to the intersection with Old Dixie Highway. Thence turn northwest onto and continue along Old Dixie Highway to the south boundary of the City of Perry municipal limits. Thence turn east and continue along the south boundary of the City of Perry municipal limits to the southeast corner of the City of Perry municipal limits. Thence turn north and continue along the east boundary of the City of Perry municipal limits to the point of intersection with T L Malone Road, continue northerly along T L Malone Road to the intersection with US HWY 27 (SR 20). Thence turn northwesterly onto and continue along US HWY 27 (SR 20) back to the intersection with S Jefferson Street, W Hampton Springs Ave, and US HWY 27 (SR 20) aka E Hampton Springs Ave being the Point of Beginning.

### The boundaries for District III are realigned as follows:

The Point of Beginning being the intersection of Buckeye Nursery Road and US HWY 27 (SR 20). From this intersection, proceed southeasterly along US HWY 27 (SR 20) to the intersection with T L Malone Road. Thence turn south onto and continue along T L Malone Road to its intersection with the east boundary of the City of Perry municipal limits. Continue south along the East boundary of the City of Perry municipal limits to the southeast corner of the City of Perry municipal limits. Thence turn west and continue along the south boundary of the City of Perry municipal limits to the intersection with Old Dixie Highway. Then turn southeast onto and continue along Old Dixie Highway to the intersection with Foley Road (CR 30). From the intersection with Foley Road (CR 30), turn west onto and continue along Foley Rd (CR 30) to its intersection with Carlton Cemetery Road and S US HWY 19/98 (SR 55). Thence turn southeasterly and onto continue along S US HWY 19/98 (SR 55) to the intersection with Ellison Gamble Road. Thence turn southwest onto and continue westerly along Ellison Gamble Road to the intersection with Neeley Sadler Road and Beach Road (CR 361). Thence turn south onto and continue south/southwesterly along Beach Rd (CR 361) to the intersection with Adams Beach Road. Thence continue southwesterly along Adams Beach Road to the intersection with the Gulf of Mexico and the Taylor County coastline. Thence turn southeasterly and

-3-

continue along the Taylor County coastline to its intersection with Dixie County and the Steinhatchee River. Thence turn in an initially easterly then northerly direction and continue along the Steinhatchee River also being the Taylor-Dixie County boundary. Continue along the Steinhatchee River to the intersection with the east boundary of Florida Section 21 of Township 08S Range 10E, thence turn north and continue along the Taylor-Dixie County boundary to northeast corner of Florida Section 04 of Township 08S Range 10E being the point of intersection of Taylor County, Dixie County and Lafayette County. Thence turn west and continue along the Taylor-Lafayette County boundary to the northwest corner of Florida Section 05 of Township 08S Range 10E. From the northwest corner of Florida Section 05 of Township 08S Range 10E, turn north and continue along the Taylor-Lafayette County boundary to the mid-point of the east boundary of Florida Section 07 Township 07S Range 10E. Thence turn west and continue along the north boundary of the south half of Florida Section 07 Township 07 Range 10E to the intersection with Florida Section 12 Township 07S Range 09E. Thence turn north and continue along the Taylor-Lafayette County boundary to its intersection with US HWY 27 (SR 20). Thence turn westerly onto and continue along US HWY 27 (SR 20) to the intersection with San Pedro Road. From the San Pedro Road intersection, turn north onto and continue northerly and then westerly along San Pedro Road to the intersection with Buckeye Nursery Road. Thence turn south onto and continue along Buckeye Nursery Road back to the intersection of Buckeye Nursery Road with US HWY 27 (SR 20) being the Point of Beginning.

The boundaries for District IV are realigned as follows:

The Point of Beginning being the intersection of W Green Street, E Green Street, N Jefferson Street and S Jefferson Street. From this intersection, proceed in a southerly direction along S Jefferson Street to the intersection of S Jefferson Street, W Hampton Springs Ave, and US HWY 27 (SR 20) aka E Hampton Springs Ave. Thence turn east onto and continue easterly/southeasterly along US HWY 27 (SR 20) to the intersection with Buckeye Nursery Road. Thence turn north onto and continue along Buckeye Nursery Road to the intersection with San Pedro Road. Thence turn east and continue east initially then southeasterly along San Pedro Road to the intersection with US HWY 27 (SR 20). Thence continue northeasterly along US HWY 27 (SR 20) to its intersection with the east boundary of Taylor County also being the Taylor-Lafayette County boundary. Thence turn north and continue along the Taylor-Lafayette County boundary to the NE corner of Florida Section 01 Township 03S Range 09E, also being the intersection of Taylor County, Lafayette County and Madison County. Thence turn west and continue along the Taylor-Madison County boundary to the NW corner of Florida Section 06 Township 03S Range 09E. Thence turn north and continue along the Taylor-Madison County boundary to the NE corner of Florida Section 24 Township 02S Range 08E. Thence turn west and continue along the Taylor-Madison County boundary to the intersection of Fellowship Road and the

-4-

Taylor-Madison County boundary. From that intersection, turn easterly/southeasterly and continue along Fellowship Road to the intersection with Earl Blanton Road. Thence turn south and continue southerly along Earl Blanton Road to the intersection with Alton Wentworth Road (CR 14). Thence turn onto and continue northwesterly along Alton Wentworth Road (CR 14) to the intersection with Pleasant Grove Road. From the intersection with Pleasant Grove Road, turn westerly onto and continue southwesterly along Pleasant Grove Road to the intersection with N US HWY 19 (SR 20). Thence turn southeasterly and continue along N US HWY 19 (SR 20) to the intersection with Pisgah Road. Thence turn east onto and continue along Pisgah Road to the intersection with US HWY 221 (SR 55). Thence turn southeasterly onto and continue along US HWY 221 (SR 55) to a point where US HWY 221 (SR 55) becomes N Jefferson Street. Then continue southeasterly along N Jefferson Street back to the intersection with W Green Street, E Green Street, N Jefferson Street and S Jefferson Street being the Point of Beginning.

### The boundaries for District V are realigned as follows:

The Point of Beginning being the intersection of W Green Street, E Green Street, N Jefferson Street and S Jefferson Street. From this intersection, proceed west along W Green Street to the intersection with N US HWY 19 (SR 20). Thence turn northwesterly onto and continue along N US HWY 19 (SR 20) to the intersection with W Ash Street. Thence turn west onto and continue along W Ash Street to the intersection with Miller Road. From this intersection, turn south onto and continue along Miller Road, also being the west boundary of the City of Perry Municipal limits, to the intersection with Woods Creek Road. Thence continue south along the west boundary of the City of Perry Municipal limits to the intersection with US HWY 98 (SR 30). Thence turn southwesterly onto and continue along US HWY 98 (SR 30) to the intersection with Hampton Springs Road. From this intersection, turn southwesterly onto and continue along Hampton Springs Road to its intersection with the Fenholloway River. Thence turn easterly and continue east/southeasterly along the Fenholloway River to its intersection with Golf Course Road. From this intersection, turn northerly onto and continue along Golf Course Road to the intersection with Holt Road. Thence turn east onto and continue along Holt Road to the intersection with Carlton Cemetery Road and Puckett Road. From this intersection, turn north onto and continue northerly along Puckett Road to the intersection with the south boundary of the City of Perry Municipal Limits. Thence turn and proceed easterly along the south boundary of the City of Perry Municipal Limits to the intersection with S US HWY 19/98 (SR 55). From this intersection turn northwesterly onto and continue along S US HWY 19/98 (SR 55) aka S Byron Bulter Parkway, to the intersection with N US HWY 19 (SR 20) aka N Byron Butler Parkway, Puckett Road and S Jefferson Street. Thence turn northerly onto and continue along S Jefferson Street to the intersection with W Green Street, E Green Street and N Jefferson Street being the Point of Beginning.

4. **DIRECTIONS TO SUPERINTENDENT.** The superintendent is hereby authorized and directed to:

   A. Spread this resolution upon the minutes of the SCHOOL BOARD meeting where it was adopted;

   B. Record this resolution in the office of the Clerk of the Circuit Court of the COUNTY;

   C. Publish this resolution at least once in a newspaper published in the COUNTY within 30 days after the adoption of this resolution; and,

   D. Transmit a certified copy of this resolution to the Department of State.

5. **NO EFFECT ON ATTENDANCE AREAS.** This resolution does not address and shall have no effect on school attendance areas for students.

6. **REPEAL OF CONFLICTING RESOLUTIONS.** All resolutions or parts of resolutions in conflict herewith are hereby repealed to the extent of such conflict.

7. **SEVERABILITY CLAUSE.** It is declared to be the intent of the SCHOOL BOARD that if any section, subsection, sentence, clause, phrase, or portion of this resolution is for any reason held invalid or unconstitutional by a court of competent jurisdiction, such portion shall be deemed a separate, distinct and independent provision, and such holdings shall not effect the validity of the remaining portions hereof.

8. **EFFECTIVE DATE.** This resolution shall become effective upon adoption or as soon as otherwise allowed by law.

PASSED AND ADOPTED upon due motion, second, after discussion, by majority vote this day of **2-6**, 2024.

SCHOOL BOARD OF
TAYLOR COUNTY, FLORIDA

BY: _Danny Lundy_
Danny Lundy
Chair

ATTEST: _Alicia Y. Beshears_
Alicia Beshears
Superintendent

STATE OF FLORIDA, COUNTY OF TAYLOR
I HEREBY CERTIFY that
the above is a true and correct copy of a
Notice
filed in my office the 28th day of February
A.D. 2024 and Recorded in Official
Record No. 893, at page 21
WITNESS my hand and official seal this 28th
day of February A.D. 2024
GARY KNOWLES, Clerk Circuit Court
By _Jee Stower_ Deputy Clerk

APPROVED

FEB 0 6 2024

By Taylor County
School Board

-6-