UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BELLAMY, et al.,

    Plaintiffs,

v.                                                         4:83cv7124–WS/MAF

TAYLOR COUNTY SCHOOL
BOARD, FLORIDA,
et al.,

    Defendants.

_____

## ORDER OF DISQUALIFICATION

I hereby disqualify myself from participation as a judge in this case.

DONE AND ORDERED this   12th   day of   April  , 2024.

                                  s/ William Stafford
                                  WILLIAM STAFFORD
                                  SENIOR UNITED STATES DISTRICT JUDGE