IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**AMOS BELLAMY**, *et al.*,

   *Plaintiffs*,

v.                                   Case No.: 4:83cv7124-MW/MAF

**TAYLOR COUNTY
SCHOOL BOARD**, *et al.*,

   *Defendants*.
_____/

## OMNIBUS ORDER REOPENING CASE, SUBSTITUTING CLASS REPRESENTATIVES, AND MODIFYING CONSENT DECREE

The parties have filed joint or consented motions to reopen the case, substitute class representatives, and modify the consent decree originally entered in 1983. The motions show good cause for the requested relief. Accordingly,

**IT IS ORDERED**:

1. The joint motion to reopen the case, ECF No. 4, is **GRANTED**. The case is reopened for the limited purposes of this order and the motions this order resolves.

2. The unopposed motion to substitute class representatives, ECF No. 5, is **GRANTED**. Ernestine Mitchell, Timothy Flowers, Benjamin Flowers, and Christopher Sneed are added as class representatives. Shirley Scott,

Veleta Roberson, Lessie M. Gent, and Mery Ann Jones remain class representatives. The other class representatives are removed.

3. The joint motion to modify the judgment, ECF No. 6, is **GRANTED**. The single-member district boundaries reflected in the February 6, 2024, redistricting resolution, ECF No. 6-2, are approved and must be implemented for future elections.

4. The court retains jurisdiction to enforce this order.

5. The clerk must again close the file.

**SO ORDERED on April 12, 2024.**

s/Mark E. Walker  
**Chief United States District Judge**