IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AMOS BELLAMY, et al.,

    Plaintiffs,

v.                                Case No.: 4:83cv7124-MW/MAF

TAYLOR COUNTY
SCHOOL BOARD, et al.,

    Defendants.

_____/

**JUDGMENT**

The single-member district boundaries reflected in the February 6, 2024, redistricting resolution, ECF No. 6-2, are approved and must be implemented for future elections.

                                                  JESSICA J LYUBLANOVITS,
                                                  CLERK OF COURT

April 12, 2024                         s/ *Ronnie Barker*
DATE                                       DEPUTY CLERK